ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$32,150.98 IN U.S. CURRENCY<br><br>    Defendant.<br>_____<br><br>REBECCA LARKIN,<br><br>    Claimant.<br>_____ | NO. CV 12-05733-JAK (MAN)<br><br>CONSENT JUDGMENT<br><br>JS-6 |

RECITALS

    1.    This action was filed on July 2, 2012.

    2.    Notice was given and published in accordance with law.

1

1        3.    Claimant Rebecca Larkin ("Claimant") filed the only
2   claim to defendant $32,150.98 in U.S. currency.  Attached to her
3   verified claim, Rebecca Larkin submitted records related to
4   lawful and independent sources totaling approximately
5   $36,000.  However, the government has subsequently provided Ms.
6   Larkin and her counsel with bank records confirming that her
7   $36,000 in funds had gradually been spent over time and that
8   none of her money still remained in her bank account at the time
9   the government seized the defendant $32,150.98 in U.S.
10  currency.  Ms. Larkin and her counsel are satisfied with the
11  documents presented by the government and for that reason, Ms.
12  Larkin abandons her claim to the defendant $32,150.98 in U.S.
13  currency and consents to judgment in favor of the government.
14       4.    No other statements of interest or answers have been
15  filed, and the time for filing such statements of interest and
16  answers has expired.  Plaintiff and Claimant have reached an
17  agreement that is dispositive of the action.  The parties hereby
18  request that the Court enter this Consent Judgment of
19  Forfeiture.
20       WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:
21            A.    This Court has jurisdiction over this action
22  pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties
23  hereto.
24            B.    The Complaint for Forfeiture states a claim for
25  relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).
26            C.    Notice of this action has been given in
27  accordance with law.  All potential claimants to defendant
28  $32,150.98 in U.S. currency other than Claimant are deemed to

1 | have admitted the allegations of the Complaint.  The allegations
2 | set out in the Complaint are sufficient to establish a basis for
3 | forfeiture.
4 |             D.    The United States of America shall have judgment
5 | as to all of the defendant currency, together with all interest
6 | earned thereon by the government, and no other person or entity
7 | shall have any right, title or interest therein.
8 |             E.    Claimant hereby releases the United States of
9 | America, its agencies, agents, and officers, including employees
10 | and agents of the United States Federal Bureau of Investigation
11 | and Internal Revenue Service, from any and all claims, actions
12 | or liabilities arising out of or related to this action,
13 | including, without limitation, any claim for attorney's fees,
14 | costs or interest which may be asserted on behalf of the
15 | claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.
16 | ///
17 | ///
18 | ///

F. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: December 6, 2012

_____
THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

Dated: December___, 2012       ANDRÉ BIROTTE JR.
                               United States Attorney
                               ROBERT E. DUGDALE
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                               _____
                               JENNIFER M. RESNIK
                               Assistant United States Attorney
                               Asset Forfeiture Section

                               Attorneys for Plaintiff
                               United States of America

DATED: December___, 2012


                               _____
                               ADAM BRAUN
                               Attorney for Claimant
                               REBECCA LARKIN

4