```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JENNIFER M. RESNIK
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7  (Cal. State Bar # 233634)
         1400 United States Courthouse
 8       312 North Spring Street
 9       Los Angeles, California 90012
         Telephone: (213) 894-6595
10       Facsimile: (213) 894-7177
         E-mail: jennifer.resnik@usdoj.gov
11
12  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
13
```

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CV 12-05733-JAK (MAN) |
| Plaintiff, | ) CONSENT JUDGMENT |
| v. | ) |
| $32,150.98 IN U.S. CURRENCY | ) JS-6 |
| Defendant. | ) |
| REBECCA LARKIN, | ) |
| Claimant. | ) |

                              RECITALS

    1.   This action was filed on July 2, 2012.

    2.   Notice was given and published in accordance with law.

1

3.     Claimant Rebecca Larkin ("Claimant") filed the only claim to defendant $32,150.98 in U.S. currency.  Attached to her verified claim, Rebecca Larkin submitted records related to lawful and independent sources totaling approximately $36,000.  However, the government has subsequently provided Ms. Larkin and her counsel with bank records confirming that her $36,000 in funds had gradually been spent over time and that none of her money still remained in her bank account at the time the government seized the defendant $32,150.98 in U.S. currency.  Ms. Larkin and her counsel are satisfied with the documents presented by the government and for that reason, Ms. Larkin abandons her claim to the defendant $32,150.98 in U.S. currency and consents to judgment in favor of the government.

4.     No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and Claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.     The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

C.     Notice of this action has been given in accordance with law.  All potential claimants to defendant $32,150.98 in U.S. currency other than Claimant are deemed to

1  have admitted the allegations of the Complaint.  The allegations
2  set out in the Complaint are sufficient to establish a basis for
3  forfeiture.
4          D.   The United States of America shall have judgment
5  as to all of the defendant currency, together with all interest
6  earned thereon by the government, and no other person or entity
7  shall have any right, title or interest therein.
8          E.   Claimant hereby releases the United States of
9  America, its agencies, agents, and officers, including employees
10 and agents of the United States Federal Bureau of Investigation
11 and Internal Revenue Service, from any and all claims, actions
12 or liabilities arising out of or related to this action,
13 including, without limitation, any claim for attorney's fees,
14 costs or interest which may be asserted on behalf of the
15 claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.
16 ///
17 ///
18 ///

1          F.    The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: December 6, 2012
_____
THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

Dated: December\_\_\_, 2012          ANDRÉ BIROTTE JR.
                                   United States Attorney
                                   ROBERT E. DUGDALE
                                   Assistant United States Attorney
                                   Chief, Criminal Division
                                   STEVEN R. WELK
                                   Assistant United States Attorney
                                   Chief, Asset Forfeiture Section


                                   _____
                                   JENNIFER M. RESNIK
                                   Assistant United States Attorney
                                   Asset Forfeiture Section

                                   Attorneys for Plaintiff
                                   United States of America

DATED: December\_\_\_, 2012


                                   _____
                                   ADAM BRAUN
                                   Attorney for Claimant
                                   REBECCA LARKIN